David A. Chami
AZ Bar No. 027585
The Consumer Justice Law Firm
8245 N. 85th Way
Scottsdale, AZ 85258
T: (480) 757-6367
F: (480) 581-1721
E: dchami@cjl.law
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Kenia Matatov,<br>*on behalf of herself and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>Equifax Information Services, LLC,<br><br>Defendant. | Case No.: CV-21-01078-PHX-DMF<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kenia Matatov and Defendant Equifax Information Services, LLC ("Equifax"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a stipulation of dismissal within the next forty-five (45) days. Plaintiff requests the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated: September 4, 2021　　　　　　　THE CONSUMER JUSTICE LAW FIRM

　　　　　　　　　　　　　　　　　　By:*/s/ David A. Chami*
　　　　　　　　　　　　　　　　　　David A. Chami
　　　　　　　　　　　　　　　　　　AZ Bar No. 027585
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

　　　I hereby certify that on September 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

　　　　　　　　　　　　　　　　　　PRICE LAW GROUP, APC

　　　　　　　　　　　　　　　　　　*/s/Alexia Bedolla*