# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenia Matatov, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC,<br><br>   Defendant. | No. CV-21-01078-PHX-DGC<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Dismiss. Doc. 23.

**IT IS ORDERED** that the parties' Stipulation (Doc. 23) is granted.

**IT IS FURTHER ORDERED** the above-entitled matter is hereby dismissed with prejudice, with the parties to bear their own attorneys' fees, costs, and expenses.

Dated this 22nd day of October, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge